IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC.; and | ) ) ) ) | |
| PHARMACY CORPORATION OF AMERICA, AS ASSIGNEE OF PHARMERICA CORPORATION, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | CASE NO. 4:14-cv-886-FJG |
| v. | ) ) | |
| STRATFORD MO/KAN DEVELOPMENT CORPORATION, et al. | ) ) ) | |
| DEFENDANTS. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (DN 15), Plaintiffs RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. ("RehabCare") and Pharmacy Corporation of America, as assignee of PharMerica Corporation ("PharMerica") (together RehabCare and PharMerica are the "Plaintiffs"), with Defendants Stratford Mo/Kan Development Corporation ("Stratford Management"), Stratford Health Care Properties, LLC ("Stratford Properties"), Stratford Health Care Group, Inc. ("Stratford Operator"), Fit for Life, Inc. ("Fit for Life"), Fitness for Life, L.C. ("Fitness for Life"), Stratford Specialty Care, Inc. ("Seasons Care"), Kenneth Blom ("Blom"), Randall Willbanks ("Willbanks") and Thad Batson ("Batson") (together Stratford Management, Stratford Properties, Stratford Operator, Fit for Life, Fitness for Life, Seasons Care, Blom, Willbanks and Batons are the "Defendants"), by and through their respective counsel, file this Joint Status Report.

1

On April 29, 2015, the Court granted Plaintiffs' motion for leave to amend its complaint, which included nine new claims and eight new defendants. (DN 23). The newly-added defendants recently filed their Answers on May 27, 2015 and June 10, 2015 (DN 40, 41, and 45), and Blom, Willbanks, and Batson have filed motions to dismiss Counts IX and X of the Amended Complaint (DN 42 and 46). Those motions are currently being briefed.

Because they have only recently filed their Answers and Motions to Dismiss, the newly-added defendants have not had an opportunity to conduct any discovery in this case. And because Plaintiffs and the original Defendant, Stratford Properties, anticipated that an amended compliant would be filed, they each determined that it would be in the best interest of economy and efficiency to conduct further discovery once the new claims and defendants were added.

On June 17, 2015, the parties conferred via phone conference and agreed upon a revised discovery plan that they believe gives them sufficient time to conduct necessary discovery. Based on that agreement, the parties submitted a joint motion to amend the Court's scheduling order (DN 49). The parties recognize that the extensions requested in that order are substantial but they believe the extensions are necessary given the scope of the amended complaint.

Respectfully submitted,

| | |
|---|---|
| /s/ Benjamin C. Fultz | /s/ David A. Schatz (with permission) |
| Benjamin C. Fultz, admitted *pro hac vice* | David A. Schatz |
| Jennifer Metzger Stinnett, admitted *pro hac vice* | Andrea Anderson |
| FULTZ MADDOX HOVIOUS & DICKENS PLC | SPENCER FANE BRITT & BROWNE LLP |
| 101 S. Fifth Street, 27th Floor | 1000 Walnut Street, Suite 1400 |
| Louisville, Kentucky 40202 | Kansas City, MO 64106 |
| Phone: (502) 588-2000 | Phone: (816)474-8100 |
| Fax: (502) 588-2020 | Fax: (816)474-3216 |
| | |
| -and- | *Attorney for Defendants Stratford Mo/Kan Development Corporation; Stratford Health Care Properties, LLC; Stratford Health Care Group, Inc.; Fit for Life, Inc.; Fitness for Life, L.C.; and Stratford Specialty Care, Inc.* |

Michelle R. Stewart
David P. Madden
HINKLE LAW FIRM, LLC
6800 College Boulevard, Suite 600
Overland Park, Missouri 66211-1533
Phone: (913) 345-9205
Fax:  (913) 345-4832

*Attorneys for Plaintiffs*

/s/ Mimi E. Doherty (with permission)
Mimi Doherty
920 Main Street, Suite 1900
Kansas City, MO 64105
Phone: (816) 421-4000
Fax: (816) 421-7880

*Attorney for Defendant Thad Batson*